# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| HAZYZION DORRIS, | ) |
| Plaintiff, | ) Case No. EDCV 14-0762 AJW |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

June 29, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge